UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOYCE PHILLIPS, | : Civil Action No.  12-3606 (PGS) |
| Plaintiff, | : |
| v. | : INITIAL SCHEDULING ORDER |
| COMCAST SPECTACOR, L.P., | : |
| Defendant. | : |

This matter having come before the Court during an initial scheduling conference on July 24, 2012; pursuant to FED. R. CIV. P. 16; and the Court having conferred with counsel concerning the timely completion of discovery; and good cause appearing for the entry of the within Order;

IT IS on this 25th day of July 2012,

ORDERED THAT:

1. Plaintiff is granted leave to file an Amended Complaint and shall do so by **August 13, 2012**.

2. In accordance with FED. R. CIV. P. 26 (a)(1), each party will submit a letter, not later than **August 24, 2012**, to the undersigned certifying that initial disclosures have been made.  This material will **not** be filed with the Clerk of the Court.

3. If applicable, no later than **August 24, 2012**, each party shall designate a representative knowledgeable about their respective electronic information storage systems.

4. Plaintiff will file a motion for class certification by **February 1, 2013**.

5. If Plaintiff intends to rely on an expert in support of class certification, Plaintiff must so notify Defendant by **October 30, 2012** and serve any expert report by **November 14, 2012**.

6. The Parties will complete fact discovery, including depositions, in this case by **April 30, 2012**.

7. Defendant must serve copies of any responsive expert disclosures and report(s) by **December 14, 2012**.

8. Plaintiff must serve any rebuttal expert report(s) by **January 14, 2013**.

9. All expert discovery as to class certification must be complete by **January 28, 2013**.

10. Any motion to amend the pleadings or join new parties whether by amended or third-party complaint must be filed by <u>November 15, 2012.</u>

11. Counsel will confer in an attempt to resolve any discovery or case management disputes before making such dispute the subject of a motion. No discovery motion will be entertained absent counsel's full compliance with L. Civ. R. 37.1(a)(1); *see also* L. Civ. R. 16.1(f). Any unresolved disputes must be brought to the Court's attention <u>immediately</u> by letter to the undersigned.

12. The Court will conduct telephone status conferences on <u>September 24, 2012</u> at <u>3:00 P.M.</u>, <u>December 19, 2012</u> at <u>11:00 A.M.</u>, and <u>March 25. 2013</u> at <u>10:00 A.M.</u> Defense counsel will initiate these calls.

13. The Court may, from time to time, schedule conferences as may be required, either on its own motion or at the request of counsel. Failure to appear at subsequent conferences, or to comply with any of the terms of this Order, may result in sanctions.

14. Since all dates set forth herein are established with the assistance and knowledge of counsel, there will be no extensions except for good cause shown and by leave of the Court, even with consent of all counsel.

*s/ Douglas E. Arpert*
**DOUGLAS E. ARPERT**
**United States Magistrate Judge**

**ALL PROPOSED ORDERS AND LETTER MEMORANDA SENT TO CHAMBERS SHOULD BE IN WORDPERFECT FORMAT AND E-MAILED TO: dea_orders@njd.uscourts.gov. ANY FILINGS WITH THE CLERK'S OFFICE SHOULD BE IN PDF FORMAT.**